CLOSED

# U.S. District Court
# DISTRICT OF KANSAS (Wichita)
# CRIMINAL DOCKET FOR CASE #: 6:10–cr–10083–EFM–1

Case title: USA v. Goodwin

Other court case number: 19–3138 10CCA

Related Cases: 6:11–cv–01189–EFM

     6:16–cv–01136–EFM

     6:18–cv–01175–EFM

Date Filed: 05/25/2010

Date Terminated: 02/11/2011

---

Assigned to: District Judge Eric F. Melgren

Appeals court case numbers:
11–3302 10CCA, 19–3042
10CCA, 21–3029 10cca

**Defendant (1)**

**Joal William Goodwin**
19581–031
OKLAHOMA CITY – FTC
Federal Transfer Center
Inmate Mail/Parcels
PO Box 898801
Oklahoma City, OK 73189
*19581–031*
**TERMINATED: 02/11/2011**

represented by

**Daniel T. Hansmeier**
Office of Federal Public Defender – KCKS
500 State Avenue, Suite 201
Kansas City, KS 66101–2400
913–551–6901
Fax: 913–551–6562
Alternative Phone:
Cell Phone: 217–416–6383
Email: daniel_hansmeier@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community*
*Defender Appointment*
*Bar Number: IL6288086*
*Bar Status: Active*

**Kayla Gassmann**
Office of Federal Public Defender – KCKS
500 State Avenue, Suite 201
Kansas City, KS 66101–2400
913–551–6712
Fax: 913–551–6562
Alternative Phone: 913–825–6923
Cell Phone:
Email: kayla_gassmann@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community*
*Defender Appointment*

1

*Bar Number: NY4734547*
*Bar Status: Active*

**Kirk C. Redmond**
Office of Federal Public Defender – Topeka
117 SW 6th Avenue, Suite 200
Topeka, KS 66603
785−232−9828
Alternative Phone:
Cell Phone: 7858407514
Email: kirk_redmond@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community*
*Defender Appointment*
*Bar Number: 18914*
*Bar Status: Active*

**Steven Kent Gradert**
Steve Gradert
P.O. Box 75403
Wichita, KS 67275
316−259−1734
Alternative Phone:
Cell Phone: 316−259−1734
Email: sgradert@hotmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community*
*Defender Appointment*
*Bar Number: 12781*
*Bar Status: **Inactive***

**Kathryn Davis Stevenson**
ABS Legal Advocates, PA
901 New Hampshire Street, Suite 201
Lawrence, KS 66044
785−749−2440
Alternative Phone: 503−320−2293
Cell Phone:
Email: kathryn@abslawyer.com
*TERMINATED: 11/19/2020*
*Designation: Public Defender or Community*
*Defender Appointment*
*Bar Number: 27120*
*Bar Status: Active*

**Laquisha S. Ross**
Office of Federal Public Defender – KCKS
500 State Avenue, Suite 201
Kansas City, KS 66101−2400
913−551−6944

Fax: 913–551–6562
Alternative Phone:
Cell Phone: 305–801–2349
Email: laquisha_ross@fd.org
*TERMINATED: 05/13/2021*
*Designation: Public Defender or Community*
*Defender Appointment*
*Bar Number: 26834*
*Bar Status: Active*

**Pending Counts**                          **Disposition**

18:2113(a) Bank robbery                      Order Reducing Term of Imprisonment to Time
(INDICTMENT 5/25/10)                         Served filed 5/27/2021 and Order for Sentence
(1)                                          Reduction Under 18 U.S.C. § 3582(c)(1)(A)
                                             (Compassionate Release) filed 6/2/2021; Judgment
                                             filed 2/11/2011 – 151 months imprisonment; 3
                                             years supervised release; $100 special assessment
                                             fee and $3,168 in restitution.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                        **Disposition**

None

**Highest Offense Level**
**(Terminated)**

None

**Complaints**                               **Disposition**

None

---

**Plaintiff**

**USA**                          represented by   **Aaron L. Smith**
                                                  Office of United States Attorney ––
                                                  Wichita
                                                  301 North Main Street, Suite #1200
                                                  Wichita, KS 67202–4812
                                                  316–269–6561
                                                  Fax: 316–269–6484
                                                  Alternative Phone:
                                                  Cell Phone:
                                                  Email: aaron.smith3@usdoj.gov
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

Bar Number: 20447
Bar Status: Active

**James A. Brown**
Office of United States Attorney – Topeka
290 US Courthouse
444 SE Quincy
Topeka, KS 66683−3592
785−295−2850
Fax: 785−295−2853
Alternative Phone:
Cell Phone: 785−312−0710
Email: james.brown2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Number: 14254*
*Bar Status: Active*

**Jared S. Maag**
Office of United States Attorney – Topeka
290 US Courthouse
444 SE Quincy
Topeka, KS 66683−3592
785−295−2858
Fax: 785−295−2853
Alternative Phone:
Cell Phone: 785−230−5635
Email: jared.maag@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Number: 17222*
*Bar Status: Active*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 05/25/2010 | 1 | | INDICTMENT as to Joal William Goodwin (1) count(s) 1. (alm) (Entered: 05/26/2010) |
| 05/25/2010 | 2 | | NOTICE by USA as to Joal William Goodwin. (alm) (Entered: 05/26/2010) |
| 06/02/2010 | 3 | | ENTRY OF APPEARANCE: by attorney Steven K. Gradert appearing for Joal William Goodwin (Gradert, Steven) (Entered: 06/02/2010) |
| 06/02/2010 | 4 | | NOTICE of Defendant's Invocation of Right to Counsel and Right to Remain Silent as to Joal William Goodwin (Gradert, Steven) (Entered: 06/02/2010) |
| 06/02/2010 | | | ARREST of Joal William Goodwin. (alm) (Entered: 06/03/2010) |
| 06/02/2010 | 5 | | MINUTE ENTRY for proceedings held before Magistrate Judge Karen M. Humphreys: RULE 5/INITIAL APPEARANCE as to Joal William Goodwin held on 6/2/2010. Arraignment set for 6/9/2010 at 01:30 PM in Courtroom 238 (JTM) before Magistrate Judge Karen M. Humphreys. Detention Hearing set |

| | | |
|---|---|---|
| | | for 6/9/2010 at 01:30 PM in Courtroom 326 (KMH) before Magistrate Judge Karen M. Humphreys. (Tape #1:32–1:34; 1:42–1:46.) (alm) (Entered: 06/03/2010) |
| 06/02/2010 | 6 | ORDER OF TEMPORARY DETENTION as to Joal William Goodwin. Signed by Magistrate Judge Karen M. Humphreys on 6/2/10. (alm) (Entered: 06/03/2010) |
| 06/02/2010 | 7 | CJA 23 FINANCIAL AFFIDAVIT by Joal William Goodwin. (alm) (Entered: 06/03/2010) |
| 06/03/2010 | 8 | Arrest WARRANT returned executed on 6/2/10 as to Joal William Goodwin. (alm) (Entered: 06/03/2010) |
| 06/04/2010 | 9 | GENERAL ORDER OF DISCOVERY & SCHEDULING as to Joal William Goodwin. Jury Trial set for 8/3/2010 at 09:00 AM before District Judge Eric F. Melgren. Status Conference set for 7/26/2010 at 01:30 PM before District Judge Eric F. Melgren. See Order for details. Signed by District Judge Eric F. Melgren on 6/4/2010. (cm) (Entered: 06/04/2010) |
| 06/09/2010 | 10 | MINUTE ENTRY for proceedings held before Magistrate Judge Karen M. Humphreys: DETENTION HEARING as to Joal William Goodwin held on 6/9/2010. ARRAIGNMENT as to Joal William Goodwin (1) Count 1 held on 6/9/2010. The Government motion for detention is sustained without prejudice to revisiting at a later time. Defendant's next appearance per the Scheduling Order before Judge Melgren. (Tape #1:47–2:12.) (alm) (Entered: 06/10/2010) |
| 06/11/2010 | 11 | ORDER OF DETENTION PENDING TRIAL as to Joal William Goodwin. Signed by Magistrate Judge Karen M. Humphreys on 06/11/2010. (aa) (Entered: 06/11/2010) |
| 06/22/2010 | 12 | MOTION for Medical Exam, MOTION for Psychiatric Exam by Joal William Goodwin. (Gradert, Steven) (Entered: 06/22/2010) |
| 06/23/2010 | 13 | ORDER granting 12 Motion for Medical Exam as to Joal William Goodwin (1); granting 12 Motion for Psychiatric Exam as to Joal William Goodwin (1). Signed by District Judge Eric F. Melgren on 6/23/10. (alm) (Entered: 06/23/2010) |
| 06/25/2010 | 14 | ORDER as to Joal William Goodwin. See Order for details. Signed by District Judge Eric F. Melgren on 6/25/2010. (cm) (Entered: 06/25/2010) |
| 11/22/2010 | 15 | NOTICE OF HEARING as to Defendant Joal William Goodwin (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Change of Plea Hearing set for 11/24/2010 at 01:30 PM in Courtroom 408 (EFM) before District Judge Eric F. Melgren. Competency Hearing set for 11/24/2010 at 01:30 PM in Courtroom 408 (EFM) before District Judge Eric F. Melgren. (sn) (Entered: 11/22/2010) |
| 11/24/2010 | 16 | MINUTE ENTRY for proceedings held before District Judge Eric F. Melgren: CHANGE OF PLEA HEARING as to Joal William Goodwin held on 11/24/2010. Sentencing set for 2/9/2011 at 02:00 PM before District Judge Eric F. Melgren. Courtroom for sentencing will be determined at a later date. COMPETENCY HEARING as to Joal William Goodwin held on 11/24/2010. (Court Reporter Jo Wilkinson.) (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (cm) (Entered: 11/24/2010) |

| 11/24/2010 | 17 | PETITION TO ENTER PLEA OF GUILTY AND ORDER ENTERING PLEA as to Joal William Goodwin (1) to Count 1 of Indictment. Signed by District Judge Eric F. Melgren on 11/24/2010. (adw) (Entered: 11/29/2010) |
| 11/24/2010 | 18 | PLEA AGREEMENT as to Joal William Goodwin re 17 Petition and Order to Enter Plea of Guilty. (adw) (Entered: 11/29/2010) |
| 01/28/2011 | 19 | PRESENTENCE INVESTIGATION REPORT as to Joal William Goodwin<br><br>**(NOTE: Access to this document is restricted to the USA and this defendant.)**<br><br>(USPO) (Additional attachment(s) added on 2/25/2021: # 1 ***PDF PSI for Appeal Purposes Onl***) (sz). (Entered: 01/28/2011) |
| 02/07/2011 | 20 | SENTENCING MEMORANDUM by Joal William Goodwin (Gradert, Steven) (Entered: 02/07/2011) |
| 02/08/2011 | 21 | NOTICE OF CANCELLED HEARING: Sentencing scheduled for 2/9/11 at 2:00 PM as to Defendant Joal William Goodwin is CANCELLED. NOTICE OF HEARING as to Defendant Joal William Goodwin: Sentencing RE–SET for 2/10/2011 at 10:00 AM in Courtroom 238 (JTM) before District Judge Eric F. Melgren. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (alm) (Entered: 02/08/2011) |
| 02/08/2011 | 22 | NOTICE OF COURTROOM CHANGE: The sentencing scheduled for 2/10/11 at 10:00 AM as to Defendant Joal William Goodwin will be held in Courtroom 408. PLEASE NOTE: THIS IS A CHANGE IN COURTROOM LOCATION ONLY. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (alm) (Entered: 02/08/2011) |
| 02/10/2011 | 23 | MINUTE ENTRY for proceedings held before District Judge Eric F. Melgren: SENTENCING HEARING held on 2/10/2011 as to defendant Joal William Goodwin. (Court Reporter Jo Wilkinson.) (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (alm) (Entered: 02/10/2011) |
| 02/11/2011 | 24 | JUDGMENT as to Joal William Goodwin (1): Count 1 = 151 months imprisonment; 3 years supervised release; $100.00 Assessment; $3,168.00 Restitution. Signed by District Judge Eric F. Melgren on 2/11/2011. (alm) (Entered: 02/11/2011) |
| 02/11/2011 | 25 | STATEMENT OF REASONS as to Joal William Goodwin re 24 Judgment.<br><br>**(NOTE: Access to this document is restricted to the USA and this defendant.)**<br><br>(alm) (Entered: 02/11/2011) |
| 07/18/2011 | 26 | MOTION to Vacate under 28 U.S.C. 2255 by Joal William Goodwin. (alm) Civil case 6:11–cv–01189–EFM opened. (Entered: 07/19/2011) |
| 08/17/2011 | 27 | RESPONSE TO MOTION by USA as to Joal William Goodwin re 26 MOTION to Vacate under 28 U.S.C. 2255 (Attachments: # 1 Attachment A)(Smith, Aaron) (Entered: 08/17/2011) |

| 08/30/2011 | 28 | | MEMORANDUM AND ORDER denying 26 Motion to Vacate (2255) as to Joal William Goodwin (1). See Order for details. Signed by District Judge Eric F. Melgren on 8/30/2011.Mailed to pro se party Joal Goodwin by regular mail (cm)<br>Civil Case 6:11−cv−01189−EFM closed. (Entered: 08/30/2011) |
|---|---|---|---|
| 10/11/2011 | 29 | | NOTICE OF APPEAL TO 10CCA by Joal William Goodwin re 28 Order on Motion to Vacate (2255). (alm) (Entered: 10/11/2011) |
| 10/11/2011 | | | APPEAL FEE STATUS: filing fee waived re: Notice of Appeal 29 on behalf of Defendant Joal William Goodwin. (THIS IS A TEXT ONLY ENTRY−NO DOCUMENT IS ASSOCIATED WITH THIS TRANSACTION) (alm) (Entered: 10/11/2011) |
| 10/11/2011 | 30 | | PRELIMINARY RECORD ON APPEAL transmitted to 10CCA as to Joal William Goodwin re 29 Notice of Appeal. (Attachments: # 1 Preliminary Packet)(alm) (Entered: 10/11/2011) |
| 10/12/2011 | 31 | | APPEAL DOCKETED in 10CCA on 10/12/2011 and assigned Appeal No. 11−3302 re 29 Notice of Appeal filed by Joal William Goodwin. Notice of appearance due on 11/14/2011 for Joal William Goodwin. Notice of appearance due on 10/26/2011 for United States of America. (aa) (Entered: 10/14/2011) |
| 10/17/2011 | 32 | | LETTER FROM 10CCA stating jurisdictional review complete. Application for a certificate of appealability and opening brief due on 11/28/2011 for Joal William Goodwin. (Appeal No. 11−3302) (alm) (Entered: 10/20/2011) |
| 10/31/2011 | 33 | | RECORD ON APPEAL transmitted to 10CCA electronically as to Joal William Goodwin, Volumes: 2, re 29 Notice of Appeal. (Appeal No. 11−3302) (alm) (Entered: 10/31/2011) |
| 01/03/2012 | 34 | | ORDER of 10CCA DISMISSING APPEAL as to Joal William Goodwin re 29 Notice of Appeal. COA Denial. Terminated on the merits after submissions without oral hearing. Written, signed, unpublished. Judges Briscoe, authoring; Murphy; and Matheson. ( Appeal No. 11−3302) (aa) (Entered: 01/03/2012) |
| 04/07/2016 | 35 | | MOTION to Appoint Counsel; LETTER to Judge Melgren by Joal William Goodwin. (aa) (Entered: 04/08/2016) |
| 04/11/2016 | 36 | | ORDER denying 35 Motion to Appoint Counsel as to Joal William Goodwin (1). Signed by District Judge Eric F. Melgren on 4/11/2016.Mailed to pro se party Joal Goodwin by regular mail (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (cm) (Entered: 04/11/2016) |
| 05/12/2016 | 37 | | ENTRY OF APPEARANCE on behalf of USA by James A. Brown (Brown, James) (Entered: 05/12/2016) |
| 05/12/2016 | 38 | | ENTRY OF APPEARANCE on behalf of USA by Jared S. Maag (Maag, Jared) (Entered: 05/12/2016) |
| 05/13/2016 | 39 | | ENTRY OF APPEARANCE: by attorney Kirk C. Redmond appearing for Joal William Goodwin (Redmond, Kirk) (Entered: 05/13/2016) |
| 05/13/2016 | 40 | | ORDER of 10CCA as to Joal William Goodwin ( Appeal No. 16−3101) (sz) (Entered: 05/18/2016) |

| 05/18/2016 | 41 | MOTION to Vacate under 28 U.S.C. 2255 by Joal William Goodwin. (Attachments: # 1 A–Order from 10th Circuit Court of Appeals dated May 13, 2016, # 2 B–Prior State Court Case)(Redmond, Kirk)<br>Civil case 6:16–cv–01136–EFM opened. (Entered: 05/18/2016) |
| --- | --- | --- |
| 06/16/2016 | 42 | Unopposed MOTION for Extension of Time to File Response/Reply by USA as to Joal William Goodwin. (Maag, Jared) (Entered: 06/16/2016) |
| 06/17/2016 | 43 | ORDER FOR EXTENSION OF TIME granting 42 Motion for Extension of Time to File Response/Reply as to Joal William Goodwin (1). IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the United States' response brief shall be filed on or before August 16, 2016. Signed by District Judge Eric F. Melgren on 6/17/2016. (sz) (Entered: 06/17/2016) |
| 07/13/2016 | 44 | Unopposed MOTION for Stay of Execution *re: 2255 Motion* by USA as to Joal William Goodwin. (Maag, Jared) (Entered: 07/13/2016) |
| 07/14/2016 | 45 | ORDER granting 44 Motion for Stay of Execution as to Joal William Goodwin (1). The parties are directed to contact this Court upon receipt of ruling from the Supreme Court. Signed by District Judge Eric F. Melgren on 7/14/2016. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (cm) (Entered: 07/14/2016) |
| 07/18/2016 | 46 | MOTION to Amend/Correct 41 MOTION to Vacate under 28 U.S.C. 2255 filed by Joal William Goodwin. (sz) (Entered: 07/18/2016) |
| 05/10/2017 | 47 | Unopposed MOTION to Dismiss Complaint/Case *re: Motion to Vacate Sentence (Doc. 41)* by USA as to Joal William Goodwin. (Maag, Jared) (Entered: 05/10/2017) |
| 07/10/2017 | 48 | ORDER finding as moot 41 Motion to Vacate (2255) as to Joal William Goodwin (1); finding as moot 46 Motion to Amend/Correct as to Joal William Goodwin (1); terminating 47 Motion to Dismiss as to Joal William Goodwin (1). Signed by District Judge Eric F. Melgren on 7/7/2017. (mam)<br>Civil Case 6:16–cv–01136–EFM closed. (Entered: 07/10/2017) |
| 06/15/2018 | 49 | NOTICE of change of address by Joal William Goodwin (email to Attorney Admission) (sz) (Entered: 06/15/2018) |
| 06/15/2018 | 50 | MOTION to Vacate under 28 U.S.C. 2255 by Joal William Goodwin. (sz)<br>Civil case 6:18–cv–01175–EFM opened. (Entered: 06/15/2018) |
| 06/25/2018 | 51 | SUPPLEMENT to 50 MOTION to Vacate under 28 U.S.C. 2255 by Joal William Goodwin. (sz) (Entered: 06/25/2018) |
| 06/25/2018 | 52 | RESPONSE TO MOTION by USA as to Joal William Goodwin re 50 MOTION to Vacate under 28 U.S.C. 2255 (Maag, Jared) (Entered: 06/25/2018) |
| 07/09/2018 | 53 | REPLY TO RESPONSE TO MOTION by Joal William Goodwin re 50 MOTION to Vacate under 28 U.S.C. 2255. (sz) (Entered: 07/11/2018) |
| 09/24/2018 | 54 | MOTION to Amend/Correct 50 MOTION to Vacate under 28 U.S.C. 2255 by Joal William Goodwin (titled "Motion to Modify"). (mam) (Entered: 09/24/2018) |
| 09/24/2018 | 55 | |

| | | | MOTION for 180 Day Writ, MOTION for Hearing by Joal William Goodwin (titled "Motion Requesting the Court Order Evidentiary Hearing or its Final Decision with 180 days (180 day writ) and Request to Amend Original Motion (June 2018)"). (mam) (Entered: 09/24/2018) |
|---|---|---|---|
| 09/24/2018 | 56 | | SUPPLEMENT to 54 MOTION to Amend/Correct 50 MOTION to Vacate under 28 U.S.C. 2255 by Joal William Goodwin (titled "Petitioner's Argument on filed 2255(60)(b)"). (mam) (Entered: 09/24/2018) |
| 09/24/2018 | 57 | | MOTION/REQUEST FOR COURT ORDER TO KEEP SEPARATE AND/OR RESTRAINING ORDER by Joal William Goodwin. (mam) (Entered: 09/24/2018) |
| 09/27/2018 | 58 | | ORDER denying 57 Motion for Order to the Bureau of Prisons as to Joal William Goodwin (1). Signed by District Judge Eric F. Melgren on 9/27/2018.Mailed to pro se party Joal William Goodwin by regular mail (cm) (Entered: 09/27/2018) |
| 10/10/2018 | 59 | | RESPONSE TO MOTION by USA as to Joal William Goodwin re 55 MOTION for Writ MOTION for Hearing, 54 MOTION to Amend/Correct 50 MOTION to Vacate under 28 U.S.C. 2255 filed by Joal William Goodwin (Maag, Jared) (Entered: 10/10/2018) |
| 11/07/2018 | 60 | | MEMORANDUM AND ORDER denying 50 Motion to Vacate (2255) as to Joal William Goodwin (1); denying as moot 54 Motion to Amend/Correct 50 as to Joal William Goodwin (1); denying as moot 55 Motion Requesting the Court Order Evidentiary Hearing or its Final Decision with 180 (180 day writ) as to Joal William Goodwin (1). Signed by District Judge Eric F. Melgren on 11/7/2018. Mailed to pro se party Joal William Goodwin at Lexington FMC by regular mail. (mam)<br>Civil Case 6:18−cv−01175−EFM closed. (Entered: 11/07/2018) |
| 11/09/2018 | 61 | | REPLY TO RESPONSE TO MOTION by Joal William Goodwin re 54 MOTION to Amend/Correct 50 MOTION to Vacate under 28 U.S.C. 2255; 55 MOTION for 180 Day Writ, MOTION for Hearing. (mam) (Entered: 11/09/2018) |
| 11/13/2018 | 62 | | NOTICE by Joal William Goodwin (titled "Request to look Into facts Government is overlooking and failing to acknowledge before making a ruling"). (mam) (Entered: 11/13/2018) |
| 02/25/2019 | 63 | | NOTICE OF APPEAL TO 10CCA by Joal William Goodwin re 60 Order on Motion to Vacate (2255),Order on Motion to Amend/Correct, Order on Motion for Writ, Order on Motion for Hearing. (sz) (Entered: 02/26/2019) |
| 02/25/2019 | 64 | | PRELIMINARY RECORD ON APPEAL transmitted to 10CCA as to Joal William Goodwin re 63 Notice of Appeal. (Attachments: # 1 Preliminary Packet)(sz) (Entered: 02/26/2019) |
| 02/26/2019 | | | APPEAL FEE STATUS: filing fee not paid re: Notice of Appeal 63 on behalf of Defendant Joal William Goodwin. CJA 23 filed on 6/2/2010. (THIS IS A TEXT ONLY ENTRY−NO DOCUMENT IS ASSOCIATED WITH THIS TRANSACTION) (sz) (Entered: 02/26/2019) |
| 02/26/2019 | 65 | | APPEAL DOCKETED in 10CCA on 2/26/2019 and assigned Appeal No. 19−3042 re 63 Notice of Appeal filed by Joal William Goodwin. (sz) (Entered: |

| | | | |
|---|---|---|---|
| | | | 02/26/2019) |
| 02/26/2019 | | | NOTICE Re: Pro Se Mailing. Document 64 Preliminary Record (Letter only) on Appeal Sent mailed on 2/26/2019 to Joal Goodwin by regular mail. (sz) (Entered: 02/26/2019) |
| 04/01/2019 | 66 | | RECORD ON APPEAL retrieved by 10CCA as to Joal William Goodwin re 63 Notice of Appeal. (Appeal No. 19–3042) (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (mam) (Entered: 04/02/2019) |
| 05/16/2019 | 67 | | ORDER DENYING CERTIFICATE OF APPEALABILITY as to Joal William Goodwin re 63 Notice of Appeal. ( Appeal No. 19–3042) (sz) (Entered: 05/17/2019) |
| 07/16/2019 | 68 | | LETTER FROM 10CCA as to Joal William Goodwin. The court has docketed the petition for permission to file a second or successive habeas petition under 28 U.S.C. 2255. ( Appeal No. 19–3138) (sz) (Entered: 07/17/2019) |
| 08/09/2019 | 69 | | ORDER of 10CCA as to Joal William Goodwin re a second or successive 28 U.S.C. § 2255 motion to vacate, set aside, or correct his sentence. Denied; Terminated on the merits after submissions without oral hearing; Written, unsigned, unpublished. Judges Briscoe, Phillips and Eid. ( Appeal No. 19–3138) (sz) (Entered: 08/12/2019) |
| 11/18/2019 | 70 | | MOTION to Withdraw Plea of Guilty by Joal William Goodwin. (sz) (Entered: 11/18/2019) |
| 12/10/2019 | 71 | | RESPONSE TO MOTION by USA as to Joal William Goodwin re 70 MOTION to Withdraw Plea of Guilty (Smith, Aaron) (Entered: 12/10/2019) |
| 01/28/2020 | 72 | | MEMORANDUM AND ORDER denying 70 Motion to Withdraw Plea of Guilty as to Joal William Goodwin (1). Signed by District Judge Eric F. Melgren on 1/28/2020. Mailed to pro se party Joal William Goodwin by regular mail. (cm) (Entered: 01/28/2020) |
| 04/20/2020 | 73 | | ORDER of 10CCA as to Joal William Goodwin re permission to file a second or successive habeas petition under 28 U.S.C. 2255. (Appeal No. 20–3072) (sz) (Entered: 04/22/2020) |
| 05/04/2020 | 74 | | ORDER of 10CCA as to Joal William Goodwin re Final order filed denying petition for permission to file a second or successive 2255. ( Appeal No. 20–3072) (sz) (Entered: 05/07/2020) |
| 06/01/2020 | 75 | | MOTION for Release from Custody by Joal William Goodwin. (Titled "Petition for Compassionate Release") (sz) (Entered: 06/01/2020) |
| 06/08/2020 | 76 | | MOTION TO VACATE (2255) by Joal William Goodwin. (sz) Modified on 6/16/2020 to change event type per EFM Chambers(sz). (Entered: 06/08/2020) |
| 06/12/2020 | 77 | | RESPONSE TO MOTION by USA as to Joal William Goodwin re 76 MOTION to Reduce Sentence (Maag, Jared) (Entered: 06/12/2020) |
| 06/29/2020 | 78 | | REPLY TO RESPONSE TO MOTION by Joal William Goodwin re 76 MOTION to Vacate under 28 U.S.C. 2255. (sz) (Entered: 06/29/2020) |
| 07/01/2020 | 79 | | |

| | | | |
|---|---|---|---|
| | | | RESPONSE TO MOTION by USA as to Joal William Goodwin re 75 MOTION for Release from Custody (Attachments: # 1 Exhibit Warden Response Letter)(Maag, Jared) (Entered: 07/01/2020) |
| 09/11/2020 | 80 | | ENTRY OF APPEARANCE: by attorney Kathryn Davis Stevenson appearing for Joal William Goodwin (Stevenson, Kathryn) (Entered: 09/11/2020) |
| 09/11/2020 | 81 | | Amended MOTION to Reduce Sentence – First Step Act by Joal William Goodwin. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Stevenson, Kathryn) Modified on 5/10/2021 to reopen per EFM Chambers (sz). (Entered: 09/11/2020) |
| 09/14/2020 | 82 | | ORDER as to Joal William Goodwin re 81 Amended MOTION to Reduce Sentence – First Step Act filed by Joal William Goodwin. At the direction of Judge Eric F. Melgren, the government shall have up to and including 10/13/2020 to file a Response to the Amended Motion to Reduce Sentence. Signed by District Judge Eric F. Melgren on 9/14/2020. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (cm) (Entered: 09/14/2020) |
| 10/02/2020 | 83 | | RESPONSE TO MOTION by USA as to Joal William Goodwin re 81 Amended MOTION to Reduce Sentence – First Step Act (Attachments: # 1 Exhibit Warden RIS Denial Letter, # 2 Exhibit BOP Disciplinary Record)(Maag, Jared) (Entered: 10/02/2020) |
| 10/21/2020 | 84 | | Unopposed MOTION for order to Stay Proceedings and to file Supplemental Briefing by Joal William Goodwin. (Stevenson, Kathryn) (Entered: 10/21/2020) |
| 10/24/2020 | 85 | | ORDER granting 84 Motion for Order to Stay Proceedings and to File Supplemental Briefing as to Joal William Goodwin (1). Proceedings stayed pending exhaustion of administrative remedies as to request for compassionate release. Counsel is to notify the court when the administrative remedies have been exhausted. Signed by District Judge Eric F. Melgren on 10/24/2020. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (cm) (Entered: 10/24/2020) |
| 11/19/2020 | 86 | | WITHDRAWAL OF COUNSEL by Kathryn Stevenson and ENTRY OF APPEARANCE OF SUBSTITUTED COUNSEL (Ross, Laquisha) (Entered: 11/19/2020) |
| 12/03/2020 | 87 | | ORDER dismissing 76 Motion to Vacate (2255) as to Joal William Goodwin (1). Pursuant to 28 U.S.C. § 2253(c)(1)(B), a petitioner cannot appeal a final order in a proceeding under § 2255 unless a circuit justice or judge issues a COA. A court may only grant a COA "if the applicant has made a substantial showing of the denial of a constitutional right." A petitioner satisfies this burden if he can demonstrate "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." Petitioner has not made a substantial showing of the denial of a constitutional right. Therefore, the Court denies a COA. Signed by District Judge Eric F. Melgren on 12/3/2020. (sz) (Entered: 12/03/2020) |
| 12/03/2020 | | | NOTICE Re: Pro Se Mailing. Document 87 Order on Motion to Vacate (2255), mailed on 12/3/2020 to Joal William Goodwin by regular mail to FCC Allenwood USP. (sz) (Entered: 12/03/2020) |

| 12/16/2020 | 88 | | SUPPLEMENT by Joal William Goodwin *(Supplemental Briefing on Exhaustion of Administrative Remedies)* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Ross, Laquisha) (Entered: 12/16/2020) |
|---|---|---|---|
| 01/12/2021 | 89 | | ***VACATED, PER MANDATE 97 *** MEMORANDUM AND ORDER denying as moot 75 Motion for Release from Custody as to Joal William Goodwin (1); denying 81 Motion to Reduce Sentence – First Step Act as to Joal William Goodwin (1). Signed by District Judge Eric F. Melgren on 1/12/2021. (cm) Modified on 5/10/2021 to vacate per EFM Chambers (sz). (Entered: 01/12/2021) |
| 02/12/2021 | 90 | | NOTICE OF APPEAL TO 10CCA by Joal William Goodwin re 89 Order on Motion for Release from Custody, Order on Motion to Reduce Sentence – First Step Act. (sz) (Entered: 02/12/2021) |
| 02/12/2021 | | | APPEAL FEE STATUS: filing fee not paid re: Notice of Appeal 90 on behalf of Defendant Joal William Goodwin. CJA 23 filed on 6/2/2010. (THIS IS A TEXT ONLY ENTRY–NO DOCUMENT IS ASSOCIATED WITH THIS TRANSACTION) (sz) (Entered: 02/12/2021) |
| 02/12/2021 | 91 | | PRELIMINARY RECORD ON APPEAL transmitted to 10CCA as to Joal William Goodwin re 90 Notice of Appeal. Mailed to Pro Se defendant by regular mail. (Attachments: # 1 Preliminary Packet)(sz) (Entered: 02/12/2021) |
| 02/12/2021 | 92 | | APPEAL DOCKETED in 10CCA on 02/12/2021 and assigned Appeal No. 21–3029 re 90 Notice of Appeal filed by Joal William Goodwin. (sz) (Entered: 02/16/2021) |
| 02/23/2021 | 93 | | ENTRY OF APPEARANCE by attorney Daniel T. Hansmeier appearing for Joal William Goodwin. (Hansmeier, Daniel) (Entered: 02/23/2021) |
| 02/23/2021 | 94 | | DESIGNATION OF RECORD ON APPEAL by Joal William Goodwin re 90 Notice of Appeal. (Appeal No. 21–3029) (Hansmeier, Daniel) (Entered: 02/23/2021) |
| 02/23/2021 | 95 | | TRANSCRIPT ORDER FORM: No Transcript Required re 90 Notice of Appeal filed by Joal William Goodwin (Hansmeier, Daniel) (Entered: 02/23/2021) |
| 02/25/2021 | 96 | | RECORD ON APPEAL transmitted to 10CCA electronically as to Joal William Goodwin, Volume(s) 2, re 90 Notice of Appeal. ( Appeal No. 21–3029) (sz) (Entered: 02/25/2021) |
| 05/07/2021 | 97 | | MANDATE from 10CCA: remanding to the District Court as to Joal William Goodwin. Upon consideration, the court grants the parties' Joint Motion for Summary Disposition, vacates the district court's January 12, 2021 order 89 denying a sentence reduction under 18 U.S.C. § 3582(c)(1)(A), and remands for further proceedings consistent with McGee and Maumau. (Appeal No. 21–3029) (Attachments: # 1 Mandate issued letter)(sz) (Entered: 05/07/2021) |
| 05/13/2021 | 98 | | WITHDRAWAL OF COUNSEL by Laquisha Ross and ENTRY OF APPEARANCE OF SUBSTITUTED COUNSEL (Gassmann, Kayla) (Entered: 05/13/2021) |
| 05/26/2021 | 99 | | Unopposed MOTION to Reduce Sentence – First Step Act by Joal William Goodwin. (Attachments: # 1 Exhibit 1)(Gassmann, Kayla) (Entered: |

| | | | |
|---|---|---|---|
| | | | 05/26/2021) |
| 05/27/2021 | 100 | | ORDER as to Joal William Goodwin (1). The Defendant's renewed motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(1) (Doc. 99 ) is GRANTED. The Court reduces Defendant's sentence to time served. Mr. Goodwin shall begin the term of supervised release immediately upon his release from the Bureau of Prisons. All previously imposed terms and conditions of supervised release remain in effect. Signed by District Judge Eric F. Melgren on 5/27/2021. (mam) (Entered: 05/27/2021) |
| 06/02/2021 | 101 | | ORDER FOR SENTENCE REDUCTION – COMPASSIONATE RELEASE as to Joal William Goodwin (1). The defendant's previously imposed sentence of imprisonment of 151 months is reduced to TIME SERVED. The defendant's previously imposed conditions of supervised release are unchanged. Signed by District Judge Eric F. Melgren on 6/2/2021. (mam) (Entered: 06/02/2021) |
| 06/08/2021 | 102 | | LETTER FROM DEFENDANT TO JUDGE MELGREN. (sz) (Entered: 06/10/2021) |
| 07/23/2021 | 103 | | PROBATION JURISDICTION TRANSFERRED TO USDC for the District of Colorado as to Joal William Goodwin. Transmitted Transfer of Jurisdiction form, with electronic copies of indictment, judgment, orders, and docket sheet. (jk) (Entered: 07/23/2021) |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action |
| | ) | |
| v. | ) | No. 10-<u>10083</u>-01-<u>EFM</u> |
| | ) | |
| **JOAL WILLIAM GOODWIN**, | ) | |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about June 24, 2009, in the District of Kansas, the defendant,

## JOAL WILLIAM GOODWIN,

by force, violence and intimidation did take from the person or presence of another, money,

namely $3,168.00, belonging to and in the care, custody, control, management, and possession of

the Commercial Bank in Chanute, Kansas, a bank whose deposits were then insured by the

Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL

  May 25, 2010                                         s/Foreperson
DATE                                        FOREMAN OF THE GRAND JURY

  s/Lanny D. Welch
LANNY D. WELCH
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Ks. S. Ct. No. 13267

(It is requested that trial be held in Wichita, Kansas.)

AO 245B (Rev. 03/2007) - Judgment in a Criminal Case

# United States District Court
## District of Kansas

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | |
| JOAL WILLIAM GOODWIN | Case Number: 6:10CR10083-001 |
| | USM Number: 19581-031 |
| | Defendant's Attorney Steven K. Gradert |

## THE DEFENDANT:

[x]    pleaded guilty to count: <u>1 of the Indictment</u> .
[ ]    pleaded nolo contendere to count(s) __ which was accepted by the court.
[ ]    was found guilty on count(s) __ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 2113(a) | Bank Robbery | June 24, 2009 | 1 |

    The defendant is sentenced as provided in pages 2 through <u>6</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]    The defendant has been found not guilty on count(s) __.

[ ]    Count(s) __ (is)(are) dismissed on the motion of the United States.

    IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of material changes in economic circumstances.

February 10, 2011
_____
Date of Imposition of Judgment

s/ Eric F. Melgren
_____
Signature of Judge

Honorable Eric F. Melgren, U. S. District Judge
_____
Name & Title of Judge

2/11/11
_____
Date

DEFENDANT:       JOAL WILLIAM GOODWIN       Judgment - Page 2 of 6
CASE NUMBER:      6:10CR10083-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of <u>151 months</u> .

[**x**]      The Court makes the following recommendations to the Bureau of Prisons:
The Court requests that consideration be given as to the safety and violence level of the institution to which the defendant is designated, given his mental health status and history. The Court further recommends the defendant be required to participate in substance abuse and mental health treatment while incarcerated.

[**x**]      The defendant is remanded to the custody of the United States Marshal.

[ ]      The defendant shall surrender to the United States Marshal for this district.

      [ ] at ___ on ___.

      [ ] as notified by the United States Marshal.

[ ]      The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

      [ ] before _ on ___.

      [ ] as notified by the United States Marshal.

      [ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

      Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.

                                    _____

                                       UNITED STATES MARSHAL

                By    _____

                                        Deputy U.S. Marshal

| | | |
|---|---|---|
| DEFENDANT: | JOAL WILLIAM GOODWIN | Judgment - Page 3 of 6 |
| CASE NUMBER: | 6:10CR10083-001 | |

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of  3 years .

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance.

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

[ ]    The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check if applicable)

[x]    The defendant is prohibited from possessing or purchasing a firearm, ammunition, destructive device, or any other dangerous weapon. (Check if applicable)

[x]    The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check if applicable)

[ ]    The defendant shall register as a sex offender, and keep the registration current, in each jurisdiction where the defendant resides, where the defendant is an employee, and where the defendant is a student. For initial registration purposes only, the defendant shall also register in the jurisdiction in which convicted, if such jurisdiction is different from the jurisdiction of residence. Registration shall occur not later than 3 business days after being sentenced, if the defendant is not sentenced to a term of imprisonment. The defendant shall, not later than 3 business days after each change in name, residence, employment, or student status, appear in person in at least one jurisdiction in which the defendant is registered and inform that jurisdiction of all changes in the information required. (Check if applicable)

[ ]    The defendant shall participate in an approved program for domestic violence. (Check if applicable)

If this judgment imposes a fine or restitution, it is to be a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1)  the defendant shall not leave the judicial district without permission of the court or probation officer;
2)  the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3)  the defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer;
4)  the defendant shall support his or her dependants and meet other family responsibilities;
5)  the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;
6)  the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7)  the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substances or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8)  the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9)  the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10)  the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11)  the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12)  the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13)  as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 03/2007) Judgment in a Criminal Case ---Supervised Release

| | | |
|---|---|---|
| DEFENDANT: | JOAL WILLIAM GOODWIN | Judgment - Page 4 of 6 |
| CASE NUMBER: | 6:10CR10083-001 | |

# SPECIAL CONDITIONS OF SUPERVISION

1.  The defendant shall successfully participate in an approved program for substance abuse, which may include urine, breath, or sweat patch testing, outpatient and/or residential treatment, and share in the costs, based on the ability to pay. The defendant shall abstain from the use of alcohol and other intoxicants during said treatment program as directed by the Probation Office.

2.  The defendant shall participate in an approved program for mental health treatment, which may include psychological counseling and prescribed medication. The defendant shall share in the costs, based on the ability to pay, at the direction of the U.S. Probation Officer.

3.  The defendant shall submit his/her person, house, residence, vehicle(s), papers, business or place of employment and any property under the defendant's control to a search, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

| DEFENDANT: | JOAL WILLIAM GOODWIN | Judgment - Page 5  of  6 |
|---|---|---|
| CASE NUMBER: | 6:10CR10083-001 | |

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the total criminal monetary penalties under the Schedule of Payments set forth in this Judgment.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $ 100 | $ | $3,168 |

[ ]  The determination of restitution is deferred until  _.  An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

[x]  The defendant shall make restitution (including community restitution) to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Commercial Bank | | $3,168 | |
| Totals: | $ _ | $ 3,168 | |

[x]  Restitution amount ordered pursuant to plea agreement $ 3,168

[ ]  The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options set forth in this Judgment may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

[x]  The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

[x ]  the interest requirement is waived for the     [ ] fine and/or   [x ] restitution.

[ ]  the interest requirement for the     [ ]  fine and/or     [ ] restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev.06/05) Judgment in a Criminal Case---Criminal Monetary Penalties

| | |
|---|---|
| DEFENDANT: | JOAL WILLIAM GOODWIN |
| CASE NUMBER: | 6:10CR10083-001 |

Judgment - Page 6 of 6

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A   [ ]  Lump sum payment of $ due immediately, balance due

      [ ]  not later than ____, or

      [ ]  in accordance with ( ) C, ( ) D, ( ) E, or ( ) F below; or

B   [**x**]  Payment to begin immediately (may be combined with ( ) C, ( ) D, or ( X ) F below); or

C   [ ]  Payment in monthly installments of not less than 5% of the defendant's monthly gross household income over a period of __ years to commence __ days after the date of this judgment; or

D   [**x**]  Payment of not less than 10% of the funds deposited each month into the inmate's trust fund account and monthly installments of not less than 5% of the defendant's monthly gross household income over a period of _3_ years, to commence _30_ days after release from imprisonment to a term of supervision;  or

E   [ ]  Payment during the term of supervised release will commence within _ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F   [**x**]  Special instructions regarding the payment of criminal monetary penalties:

If  restitution is ordered, the Clerk, U.S. District Court, may hold and accumulate restitution payments, without distribution, until the amount accumulated is such that the minimum distribution to any restitution victim will not be less than $25.

Payments should be made to Clerk, U.S. District Court, U.S. Courthouse - Room 259, 500 State Avenue, Kansas City, Kansas 66101.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

    [ ]  Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount Joint and Several Amount and corresponding payee, if appropriate.

| Case Number (including Defendant Number) | Defendant Name | Joint and Several Amount |
|---|---|---|
| | | |

    [ ]  The defendant shall pay the cost of prosecution.

    [ ]  The defendant shall pay the following court cost(s):

    [ ]  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, (8) costs, including cost of prosecution and court costs.

# In the United States District Court
## for the District of Kansas

**United States of America**,
      *Plaintiff,*

v.                          Case No. 10-cr-10083-EFM-1

**Joal Goodwin**
      *Defendant.*

## Order Reducing Term of Imprisonment to Time Served

After a remand from the Tenth Circuit, this matter is before the Court on the Defendant's Unopposed Renewed Motion to Reduce Sentence Under 18 U.S.C. § 3582(c)(1)(A)(i) [Doc. 99]. The government does not oppose the request and agrees the defendant is a proper candidate for immediate release from the Bureau of Prisons.

Mr. Goodwin pleaded guilty to one count of bank robbery under 18 U.S.C. § 2113(a)) and was sentenced to 151 months' imprisonment and three years' supervised release. Doc. 24. Under the 2010 sentencing guidelines, Mr. Goodwin was classified as a career offender under USSG § 4B1.1, based on a prior Oklahoma conviction for second-degree burglary and a prior Kansas conviction for criminal threat. That finding increased Mr. Goodwin's guideline range from 57-71 months to 151-188 months. Mr. Goodwin has now served

more than 11 years. His current projected release date from BOP is August 4, 2022.

The Court has considered the applicable factors set forth in 18 U.S.C. § 3582(c)(1)(A)(i) and 18 U.S.C. § 3553(a) to modify the defendant's term of imprisonment to time served. Mr. Goodwin would no longer face the enhanced career-offender sentencing scheme. *See* USSG § 4B1.2(a) (2018). Without that classification, he would instead face a guidelines range of 57-71 months, a sentence he has long since served. In addition, Mr. Goodwin has struggled with bipolar disorder throughout his life and the record shows that his mental health is deteriorating in prison, particularly recently. These circumstances further support a reduction to time served, so Mr. Goodwin can access the mental health services that are needed.

The "combination" of a sentencing scheme that would no longer apply and Mr. Goodwin's "unique circumstances," including his deteriorating mental health and the length of time he has already served, "constitute extraordinary and compelling reasons" for a reduction under § 3582(c)(1)(A)(i). *United States v. McGee*, 992 F.3d 1035, 1048 (10th Cir. 2021); *see United States v. Maumau*, 993 F.3d 821, 837 (10th Cir. 2021). Furthermore, the defendant has demonstrated to the Court that he can abide by conditions of supervision as evidenced by his home plan, which has been approved by the United States Probation Office.

The Court therefore concludes in its discretion that extraordinary and compelling reasons warrant the reduction of the defendant's sentence to time served pursuant to § 3582(c)(1)(A). For all of the above reasons, the Court also finds that a reduction to time served satisfies the § 3553(a) sentencing factors.

**IT IS THEREFORE ORDERED** by the Court that the Defendant's renewed motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(1) [Doc. 99] is **GRANTED**. The Court reduces Defendant's sentence to time served.

Mr. Goodwin shall begin the term of supervised release immediately upon his release from the Bureau of Prisons. All previously imposed terms and conditions of supervised release remain in effect.

**IT IS SO ORDERED**.

Dated this 27th day of May 2021, at Wichita, Kansas.

The Honorable Eric F. Melgren
United States District Court Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA

V.

JOAL GOODWIN

Case No. 10-cr-10083-EFM-1

ORDER ON MOTION FOR
SENTENCE REDUCTION UNDER
18 U.S.C. § 3582(c)(1)(A)

(COMPASSIONATE RELEASE)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission, IT IS ORDERED that the motion is:

☒ GRANTED

☒ The defendant's previously imposed sentence of imprisonment of 151 months is reduced to TIME SERVED.

If the defendant's sentence is reduced to time served:

☐ This order is stayed for up to fourteen days, for the verification of the defendant's residence and/or establishment of a release plan, to make appropriate travel arrangements, and to ensure the defendant's safe release. The defendant shall be released as soon as a residence is verified, a release plan is established, appropriate travel arrangements are made, and it is safe for the defendant to travel. There shall be no delay in ensuring travel

arrangements are made. If more than fourteen days are needed to make appropriate travel arrangements and ensure the defendant's safe release, the parties shall immediately notify the court and show cause why the stay should be extended; or

☐      There being a verified residence and an appropriate release plan in place, this order is stayed for up to fourteen days to make appropriate travel arrangements and to ensure the defendant's safe release. The defendant shall be released as soon as appropriate travel arrangements are made and it is safe for the defendant to travel.  There shall be no delay in ensuring travel arrangements are made. If more than fourteen days are needed to make appropriate travel arrangements and ensure the defendant's safe release, then the parties shall immediately notify the court and show cause why the stay should be extended.

☐ The defendant must provide the complete address where the defendant will reside upon release to the probation office in the district where they will be released because it was not included in the motion for sentence reduction.

☐ Under 18 U.S.C. § 3582(c)(1)(A), the defendant is ordered to serve a "special term" of ☐ probation or ☐ supervised release of ___ months (not to exceed the unserved portion of the original term of imprisonment).

☐ The defendant's previously imposed conditions of supervised release apply to the "special term" of supervision; or

☐ The conditions of the "special term" of supervision are as follows:

_____

2

_____

_____

_____

☒ The defendant's previously imposed conditions of supervised release are unchanged.

☐ The defendant's previously imposed conditions of supervised release are modified as follows:

_____

_____

☐ DEFERRED pending supplemental briefing and/or a hearing.  The court DIRECTS the United States Attorney to file a response on or before _____, along with all Bureau of Prisons records (medical, institutional, administrative) relevant to this motion.

☐ DENIED after complete review of the motion on the merits.

☐ FACTORS CONSIDERED (Optional)

_____

_____

☐ DENIED WITHOUT PREJUDICE because the defendant has not exhausted all administrative remedies as required in 18 U.S.C. § 3582(c)(1)(A), nor have 30 days lapsed since receipt of the defendant's request by the warden of the defendant's facility.

IT IS SO ORDERED.

Dated:     June 2, 2021

_____
The Honorable Eric F. Melgren
United States District Judge

| | DOCKET NUMBER (Trans. Court) |
|---|---|
| **TRANSFER OF JURISDICTION** | PACTS# 21906 |
| D/KS Prob. 22 (Rev 06/13) | 1083 6:10CR10083-001 |
| | DOCKET NUMBER *(Rec. Court)* |
| | 21-cr-00241-WJM |

| NAME AND ADDRESS OF PROBATIONER / SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| | District of Kansas | Wichita |
| Joal William Goodwin | NAME OF SENTENCING JUDGE | |
| | Honorable Eric F. Melgren | |
| | DATES OF PROBATION / SUPERVISED RELEASE: | FROM 06/02/2021 | TO 06/01/2024 |

OFFENSE:

Bank Robbery By Force Or Violence in violation of 18 U.S.C. § 2113A, Class C Felony

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the court to the United States District Court for the District of Colorado upon that court's order of acceptance of jurisdiction.

This court hereby expressly consents that the period of probation or supervised release may be changed by the district court to which this transfer is made without further inquiry of this court.*

7/16/2021
_____
*Date*

*Eric F Melgren*
_____
*United States District Judge*

*This sentence may be deleted at the discretion of the transferring court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this court from and after the entry of this order.

7/21/2021
_____
*Effective Date*

_____
*United States District Judge*