Case no: 21-cr-00241-WJM

Joal William Goodwin
V
United States Of America

United States District Court
For The District Of Colorado

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR -7 2022

JEFFREY P. COLWELL
CLERK

Motion for appointment of counsel, transfer back to sentencing District or release from supervised reliese

Comes now Joal William Goodwin pro se to request appointment of counsel and for hearing to either transfer back to sentencing District and or oral argument for early reliese from supervised release due to mental health issues not being properly dealt with and due to current address not being conducive to stablization and U.S Probation office not doing anything to help or fix unhealthy environment (officer Lynn Matasi). On noumerous occasions Mr. Goodwin has brought issues with mother to her attention and been told see is his mother and he has to find a way to get along. Mr Goodwin requested inpatient placement to Officer Matasi 3times and she denied him. After mother sc reamed at him on feb.13 2022 for putting bean dip on half his food Mr.Goodwin packed a bag and on his way out mother said don't leave with anything you didn't come with and stated to leave his Ford Explorer which only his name is on the title and he left in ford explorer to peak view hospital and notified Officer Matasi of his whereabouts was suisidal and stayed 5days regular discharge. Officer Matasi had him put in an additional recovery unlimited group safety group wich does not apply to him and is a waste. Doctors at recovery unlimited would not listen to him over his lithium and reduced it against his request and has been having numerous Bi-Polar issues lost a job and has requested increase to no avail Mr. Goodwin has passed all UA's completed one class and is 8 group session from completing relapse prevention he request hisself. Has had no law enforcement contact obeyed all rules and special conditions. He has been complete succes considering circumstances. He suffered enormous mental and emotional abuse in FBOP as well as 3 staff assults on him he now suffers grave mental and emotional abuse from his mother who has always been a issue in his life a time he wants to do or be something she degrades and puts him down saying he can't do that or be that theres no support and thinks his 12years clean and sober is nothing and wont even go celebrate with him in 12 step recov ery on may 29 his accual 12 year anniversary. Says he's the problem and the one who needs help and to change its always only been him.

History
Mr.Goodwin was sentenced as career offender 151mos on Feb.10 2011 and given compassionate release June 2, 2021.

Legal argument
Mr. Goodwin filed an appeal in 2011 and was ordered to brief it but never got the letter at USP Nov. 20W Beaumont a review of legal mail logs will show, he argued Hill V. U.S. 1995 Bennett V. U.S. 1997 Tyler V. U.S. 2002, Cartwright V. U.S. 2012 all Tenth Circut cases who career offended status was overturned due to second degree burglary is not an eligible offence for enhancement. Mr. Goodwin's was used to enhance him so legally he is not a career offender he brought this to the district court noumerous time they refused to addmit and look at it he should have got 57mos. Federal courts don't kill paper cause to much time error normaly nor do they

pay monetarily for the time. Given the circumstances mr. Goodwin is asking the court to end his paper due to not being a career offender. and not Getting proper mental health needs met main reason for compassionate release,

*[signature]*

4-2-22