NO. VA669 © COPYRIGHT, 2013, FLIPSIDE PRODUCTS INC., CINCINNATI, OH

# Certificate of Completion

Presented to

## Joal Goodwin

For his successful completion of Emotional Self-Regulation

June 28, 2019

Federal Correctional Institution - Beckley

*Dr. Christon Sinha*