United States Supreme Court

Joel Williams

v.

United States of America

Motion for Relief under Rule 2

Comes now Joel Goodwin an inmate in Federal custody. Mr. Goodwin claim his sentence is illegal and was victim of misrepresentation as well as ineffective assistance of counsel Steven K Gradert and on Habeas relief Kirk C. Redmond both public defenders in Kasas. First Mr. Goodw. stood his innocence told Mr. Gradert his confession was colerst and the statement against him by Ed Turner was false he and Ed Turner only tolerated each other when forced to he said he could not get them thrown out he'd just get him a good deal. When he did he took evidence of career offender to AUSA Arron Smith but one case second degree burglary was not a predicate offence under 4B1.2 held

By 10th circuit in Hill 1995, Bennett 1998, Tyler in 2002, Broom 2017, Alexander 2017. As well as Supreme Court in Mathis made available on colateral review in 2016. Of course the PSR used this case and enhanced. Mr Gwaderet knew Mr. Goodwin took psychiatric medication and suffered from severe mental illness due to large box of records in his office, as well as others. Mr Goodwin has been seeing a psychiatrist and on meds the years now since 5age. Mr Godellertl as part of plea agreement paragraph 5c made available to argue downward variance. Major breech and violation of plea agreement he did not bring in files or argue mental illness at sentencing. Judge even asked if he had argument or evidence 4 times and he entered none. When writing a Johnson Kirk C. Redmond said he only filed on criminal threat prior for the burglary he'd have to do a Math! claim Mr. Goodwin said ok never did.

I ask this court today to do two things. either grant Neaver dare to Det. Wole using domestic the night before to use mr. Goodwin's girlfriend leading his sisters house cause what she did to Fgth'min Ja as a means to lie and play on to try to coherse and showing him a piece of paper writer gives us what we want we wont investigate meth manufacturing and drop possess. case. this went on in a brief peus on tape (audio only) they had'n been awake for 5 days and still under the influence mr. Neod confesed. i.e.l.g. dismiss confession as well as Ed Tyuned's statement. Or Grant New PSR and make known fact Oklahoma second degree Burgary is not eligable predicate under 4th. I am denied my property at this institution and law library. These facts and statements are true to my knowledge under perjory. violate 2nd and 8th ammendments

I am in special housing unit and have tried to get Typewriter and copies made and been denied by unit counselor Bastian 3A.

*[signature]*