Jodi Goodwin
2110 Alpine Shadows View
Colorado Springs, CO 80919

United States District Court Clerk of Court
Al Syed A. Arraj United States Courthouse
901 19th St Room A-105
Denver, CO 80294-3589

DENVER CO 802
5 APR 2022 PM 5 L