United States
v.
Joal william Goodwin

Case No: 21-cr-00241-WJM

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
APR 25 2022
JEFFREY P. COLWELL
CLERK

Your Honor

One I have a eval. leter from my psychiatrist coming for you next week the 25th - 29th I would like you to read before you make a ruleing I believe it will help.

Two and lastly we asked for Transfer or rolese I would like to change Transfer request location to Tulsa Okla. my life long Best friend's Parents otter me FT/PT in fathers construction Buisness. and a place to stay till I can find other. The are licensed ministers a major part of my spiritual life and he also works with recovering addicts and Oxford House.

Like I said or roldese cause I For see problem any ware other wise due to lack of knowledge, training, and severity of my illness.

Joal Goodwin



Joel Goodwin
2110 Alpine Shadows view
Colorado springs Co. 80919

United States District court clerk
Alfred A. Arraj US Courthouse
901, 19th St. Room A-105
Denver Co. 80294-3589