IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No: 21-cr-00241-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOAL WILLIAM GOODWIN,

    Defendant.

## ENTRY OF APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED at Denver, Colorado this 26th day of April, 2022.

                                    COLE FINEGAN
                                    United States Attorney

                                    By: *s/ Albert Buchman*
                                    ALBERT BUCHMAN
                                    Assistant United States Attorney
                                    United States Attorney's Office
                                    1801 California Street, Suite 1600
                                    Denver, Colorado 80202
                                    Telephone: 303-454-0100
                                    Fax: 303-454-0405
                                    Email: Al.Buchman@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that on this 26th day of April, I electronically filed the foregoing **Entry of Appearance** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

By: *s/Stephanie Price*
Legal Assistant
United States Attorney's Office