IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-241-WJM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     **JOAL WILLIAM GOODWIN**,

       Defendant.

---

## ORDER DENYING MOTION FOR
## EARLY TERMINATION OF SUPERVISED RELEASE

---

This matter is before the Court on Defendant's Motion for Appointment of Counsel, Transfer Back to Sentencing District, or Release from Supervised Release (ECF No. 3), which the Court construes as a Motion for Early Termination of Supervised Release. As so construed, the Court, having reviewed the Motion, as well as the Responses from the Government and the Probation Office, ORDERS as follows:

The Defendant's Motion is DENIED for lack of sufficient good cause shown. Defendant may file a renewed motion for early termination of supervised release after **May 11, 2023**.

Dated this 11th day of May, 2022.

BY THE COURT:

_____
William J. Martínez
United States District Judge